IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JACK DAVIS CARTER,<br>Defendant. | ) | No. 1:04-cr-05306-AWI-DLB<br>ORDER OF RELEASE |

The above named defendant having been sentenced to Time Served on August 26, 2013,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated: August 27, 2013

SENIOR DISTRICT JUDGE