1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  MARC DAYS, Bar #184098
   Assistant Federal Defenders
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorneys for Defendant
6  JACK CARTER

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   NO. 1:04-cr-05306 AWI-DLB-1
                                    )
12          Plaintiff,              )   STIPULATION AND ORDER TO MODIFY
                                    )   RELEASE ORDER
13     v.                           )
                                    )
14 JACK DAVIS CARTER,               )
                                    )
15          Defendant.              )   Judge: Hon. Anthony W. Ishii
                                    )
16 _____   )

17

18     **IT IS HEREBY STIPULATED** by and between the parties to this action through their respective

19 counsel of record herein, Assistant United States Attorney David Gappa, counsel for Plaintiff, and

20 Assistant Federal Defender Marc Days, counsel for Defendant, that the order to release defendant be

21 modified to state defendant is to be released on August 28, 2013.

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: August 27, 2013    By: /s/ David Gappa
DAVID GAPPA
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Public Defender

DATED: August 27, 2013    By: /s/ Marc Days
MARC DAYS
Assistant Federal Defender
Attorneys for Defendant
JACK CARTER

**O R D E R**

IT IS SO ORDERED.

Dated: August 27, 2013

_____
SENIOR DISTRICT JUDGE